

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

### No. 02-20-00037-CV

SANFORD CRAYTON, Appellant

V.

HOMEOWNERS OF AMERICA
INSURANCE COMPANY, Appellee

§    On Appeal from the 153rd District Court

§    of Tarrant County (153-283785-16)

§    December 23, 2020

§    Memorandum Opinion by Justice Bassel

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Sanford Crayton shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
      Justice Dabney Bassel